IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CHRISTOPHER KNOX,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) CASE NO.   12-624-SCW |
| **DR. MARVIN POWERS, CAMILLE ADAMS, CAROL GEORGE, LAURA QUALLS, ROHNNA MEDLIN, JULIE KLIEN, KATHY BUTLER, GRACY HART, DELORES HUMELE, HEATHER MEADS, CLAUDIA LESLIE, MERILY MERTON, LAKESHA BAKER-CAMBY, SHELVY DUNN, KRISTY WATSON, NIGEL VINYARD and DR. ANDREW TILDEN,** | ) |
| | ) |
| Defendant(s). | ) |

**JUDGMENT IN A CIVIL CASE**

Defendants CAMILLE ADAMS, CAROL GEORGE, LAURA QUALLS, THONNA MEDLIN, JULIE KLIEN, KATHY BUTLER, GRACY HART, DELORES HUMELE, HEATHER MEADS, CLAUDIA LESLIE, MERILY MERTON, LAKESHA BAKER-CAMBY, SHALVY DUNN, KRISTY WATSON and NIGEL VINYARD were granted summary judgment on August 18, 2014 by an Order entered Chief Judge Michael J. Reagan (Doc. 182).

The remaining case was dismissed on September 29, 2015 by an Order entered by U.S. Magistrate Judge Stephen C. Williams (Doc. 224).

**THEREFORE**, judgment is entered in favor of defendants **DR. MARVIN POWERS, CAMILLE ADAMS, CAROL GEORGE, LAURA QUALLS, ROHNNA MEDLIN, JULIE KLIEN, KATHY BUTLER, GRACY HART, DELORES HUMELE, HEATHER MEADS, CLAUDIA LESLIE, MERILY MERTON, LAKESHA BAKER-CAMBY, SHELVY DUNN,**

**KRISTY WATSON, NIGEL VINYARD** and **DR. ANDREW TILDEN** and against Plaintiff **CHRISTOPHER KNOX.**

Plaintiff shall take nothing from this action.

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure. These deadlines for motions under Rule 59 cannot be extended by the Court. The Plaintiff should also note that he has 30 days from the date of this judgment to file a notice of appeal. This period can only be extended if excusable neglect or good cause is shown.

**DATED** this 29th day of September, 2015

**JUSTINE FLANAGAN, ACTING CLERK**

BY: */s/ Angela Vehlewald*
    **Deputy Clerk**

**Approved by** */s/ Stephen C. Williams*
**United States Magistrate Judge**
**Stephen C. Williams**